

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00859-CV

**Robert  Lee Lyles**

**v.**

**The State of Texas**

NO. 2009-63597 IN THE 151ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $7.00 | 02/05/2015 | PAID | ANT |
| CLK RECORD | $33.00 | 01/07/2015 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 12/05/2014 | PAID | ANT |
| FILING | $175.00 | 12/05/2014 | PAID | ANT |
| MT FEE | $10.00 | 11/04/2014 | NOT PAID | ANT |
| FILING | $195.00 | 10/22/2014 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $440.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 26, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**